**FALAKASSA LAW, P.C.**
Joshua S. Falakassa, Esq. (SBN 251563)
*josh@falakassalaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868

**BOKHOUR LAW GROUP, P.C.**
Mehrdad Bokhour (Cal. Bar No. 285256)
*mehrdad@bokhourlaw.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (310) 975-1493; Fax: (310) 975-1215

Attorneys for Plaintiff and Putative Classes

**LITTLER MENDELSON, P.C.**
Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:     916.830.7200
Fax No.:       916.561.0828

Attorneys for Defendant
MAGELLAN HRSC, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA RIOS, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAGELLAN HRSC, INC., an OHIO CORPORATION; and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-01219-KJM-AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND ORDER**<br><br>Trial Date:      None Set<br>Complaint Filed: May 23, 2022 |

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND [PROPOSED] ORDER

CASE NO. 2:22-CV-01219-KJM-AC

**STIPULATION**

Pursuant to E.D. California Local Rule 144(a), the Parties to this action, by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, the Court granted Plaintiff leave to file Plaintiff's First Amended Complaint on January 18, 2023 (Dkt. 14), and Plaintiff thereafter filed her First Amended Complaint on January 20, 2023 (Dkt. 16).

**WHEREAS**, Defendant's responsive pleading deadline was February 21, 2023.

**WHEREAS**, in order to facilitate and allow the Parties to further meet and confer on various case management issues, and for Defendant to have additional time to finalize its Answer to Plaintiff's First Amended Complaint, the Parties have agreed to an extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 16) by fourteen (14) days to March 7, 2023.

**WHEREAS**, the Court has not previously stated that no further extensions will be granted.

**IT IS HEREBY STIPULATED AND AGREED**, that the last day for Defendant to file a responsive pleading shall be extended as described above.

**IT IS SO STIPULATED**.

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND ORDER

2

CASE NO. 2:22-CV-01219-KJM-AC

| | | |
|---|---|---|
| 1 | Dated: March 1, 2023 | LITTLER MENDELSON, P.C. |
| 2 | | |
| 3 | | |
| 4 | | */s/ Nathaniel Jenkins* |
| | | Barbara A. Blackburn |
| 5 | | Nathaniel H. Jenkins |
| | | Attorneys for Defendant |
| 6 | | MAGELLAN HRSC, INC. |

15  Dated: March 1, 2023                    BOKHOUR LAW GROUP, P.C.
                                             FALAKASSA LAW, P.C.

*/s/Merhdad Bokhour (as approved on 2/21/23)*
Mehrdad Bokhour
Joshua Falakassa
Attorneys for Plaintiff
SOFIA RIOS and the Putative Classes

22  /////
23  /////
24  /////
25  /////
26  /////
27  /////

28  JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND [PROPOSED] ORDER

3                    CASE NO. 2:22-CV-01219-KJM-AC

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. Defendant's current responsive pleading deadline is extended fourteen (14) days to March 7, 2023.

**IT IS SO ORDERED**.

Dated:  March 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144(a) AND [PROPOSED] ORDER

4

CASE NO. 2:22-CV-01219-KJM-AC