UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA RIOS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MAGELLAN HRSC, INC., an OHIO CORPORATION; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-01219-KJM-AC<br><br>*Assigned to Hon. Kimberly J. Mueller*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY** |

# ORDER

Plaintiff Sofia Rios ("Plaintiff") and Defendant Magellan HRSC, Inc. ("Defendant") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court for Purposes of Seeking Settlement Approval Only, having come before the Court in the above-captioned matter, the Honorable Kimberly J. Mueller presiding and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million and Plaintiff's contention that the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. §§ 1332, 1441 or otherwise is not met, rules that the Parties joint stipulation is APPROVED.

Pursuant to 28 U.S.C. § 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Sacramento, to seek settlement approval.

IT IS SO ORDERED.

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE